# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**EDMUNDO RUIZ**  **PLAINTIFF**
Reg. #40546-424

v.  CASE NO. 2:20-CV-000254-BSM

**DEWAYNE HENDRIX, Warden**  **DEFENDANT**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge J. Thomas Ray [Doc. No. 4] has been received. After carefully reviewing the record, the RD is adopted. Edmundo Ruiz' complaint [Doc. No. 1] is dismissed without prejudice. Local Rule 5.5(c)(2).

IT IS SO ORDERED this 19th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE