# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**EDMUNDO RUIZ** **PLAINTIFF**
Reg. #40546-424

v.　　　　　　　　　　CASE NO. 2:20-CV-000254-BSM

**DEWAYNE HENDRIX, Warden** **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE